JAMES H. MOON (State Bar No. 268215)
  jamesmoon@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Ave., 27th Floor
Los Angeles, California  90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA RICHARDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLARINS,<br><br>Defendant. | Case No. 2:25-cv-03222-DJC-SCR<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Assigned to the Hon. Daniel J. Calabretta<br><br>Current Resp. Date: February 16, 2026<br>New Resp. Date:     March 18, 2026 |

STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT

Pursuant to Local Rule 144, Plaintiff Alicia Richardson ("Plaintiff") and Defendant Clarins ("Defendant"), by and through their undersigned counsel, stipulate as follows:

1. On November 3, 2025, Plaintiff initiated this action.  (ECF No. 1.)

2. Defendant returned a waiver of service of summons sent on November 19, 2025.  (ECF No. 5.)

3. On December 29, 2025, the Parties stipulated to extend Defendant's initial deadline to file an answer or otherwise respond to the Complaint from January 19, 2026 to February 16, 2026.  (ECF No. 6.)

4. Since then, counsel for the Parties have conferred regarding the claims and potential resolution short of motion practice.

5. Counsel for the Parties conferred and Plaintiff's counsel agreed to extend Defendant's time to answer or otherwise respond to the Complaint to allow time for counsel for the Parties to continue their discussions and try to obviate a need for the Court to decide a motion in response to the Complaint.

6. Accordingly, the Parties request an extension of Defendant's time to answer or otherwise respond to the Complaint by 30 days, to March 18, 2026.

7. There has been only one prior extension of time to respond to the Complaint, and this extension will not delay any other proceeding set in this action.  (ECF No. 6.)

8. This stipulation is signed by all parties who have appeared in the action and are affected by the stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties that Defendant shall have up to and including March 18, 2026, to answer or otherwise respond to Plaintiff's Complaint.

**SO STIPULATED AND JOINTLY SUBMITTED.**

1

STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT

DATED:  February 2, 2026          DAVIS WRIGHT TREMAINE LLP

                                  By:  /s/ James H. Moon
                                       James H. Moon

                                  *Attorneys for Defendant*


DATED:  February 2, 2026          THE LAW OFFICES OF JIBRAEL S. HINDI

                                  By:  /s/ Gerald D. Lane Jr.
                                       (as authorized on 2/2/26)
                                       Gerald D. Lane Jr.

                                  *Attorneys for Plaintiff*

2

STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT

## ORDER

**IT IS SO ORDERED.**

Dated:  February 3, 2026

/s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3

STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800