StJAMES H. MOON (State Bar No. 268215)
  jamesmoon@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Ave., 27th Floor
Los Angeles, California  90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA RICHARDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLARINS,<br><br>Defendant. | Case No. 2:25-cv-03222-DJC-SCR<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Assigned to the Hon. Daniel J. Calabretta<br><br>Current Resp. Date: March 18, 2026<br>New Resp. Date:    April 17, 2026 |

STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT

Pursuant to Local Rule 144, Plaintiff Alicia Richardson ("Plaintiff") and Defendant Clarins ("Defendant"), by and through their undersigned counsel, stipulate as follows:

1. On November 3, 2025, Plaintiff initiated this action. (ECF No. 1.)

2. On December 29, 2025, the Parties stipulated to extend Defendant's initial deadline to file an answer or otherwise respond to the Complaint from January 19, 2026 to February 16, 2026. (ECF No. 6.)

3. Counsel for the Parties then conferred regarding the claims and potential resolution short of motion practice.

4. On February 3, 2026, the Court entered the Parties' stipulation further extending Defendant's initial deadline to file an answer or otherwise respond to the Complaint to March 18, 2026 to allow time to continue those discussions. (ECF No. 9.)

5. Counsel for the Parties have further conferred and agreed to further extend Defendant's initial deadline to respond to allow time for the parties to attempt to resolve this action without Court intervention.

6. Accordingly, the Parties request an extension of Defendant's time to answer or otherwise respond to the Complaint by 30 days, to April 17, 2026. The Parties expect no further extensions will be requested or needed.

7. There have been two prior extensions of time to respond to the Complaint, and this extension will not delay any other proceeding set in this action. (ECF Nos. 6, 9.)

8. This stipulation is signed by all parties who have appeared in the action and are affected by the stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties that Defendant shall have up to and including April 17, 2026, to answer or otherwise respond to Plaintiff's Complaint.

1

STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800

**SO STIPULATED AND JOINTLY SUBMITTED.**

DATED:  March 6, 2026                    DAVIS WRIGHT TREMAINE LLP

By:  /s/ James H. Moon
      James H. Moon

*Attorneys for Defendant*

DATED:  March 6, 2026                    THE LAW OFFICES OF JIBRAEL S. HINDI

By:  /s/ Gerald D. Lane Jr.
    (as authorized on 3/6/26)
      Gerald D. Lane Jr.

*Attorneys for Plaintiff*

2

STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT

## ORDER

**IT IS SO ORDERED.**

Dated:  March 6, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3

STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT